BEFORE THE FIRST DIVISION, FEBRUARY 1, 1961

No. 65131.—American Import Co. and Wheeler & Miller v. United States, protest 59/18900 (San Francisco).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiffs was sustained.

No. 65132.—United Mineral & Chemical Corp. v. United States, protest 60/20727 (New York).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of vinyl plastic tape, not similar in use to any dutiable enumerated article, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 1, 1961

No. 65133.—M. Farris & Co., Inc. v. United States, protest 60/4915 (New York).

Opinion by LAWRENCE, J. There being nothing before the court tending in any way to overcome the presumption of correctness attaching to the classification by the collector, the protest was overruled.

No. 65134.—Hensel, Bruckmann & Lorbacher, Inc. v. United States, protest 60/6763 (New York).

Opinion by LAWRENCE, J. There being nothing before the court tending in any way to overcome the presumption of correctness attaching to the classification by the collector, the protest was overruled.